**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7581

CHARLES SERGIO HAGLER, JR.,

Plaintiff - Appellant,

versus

GERALDINE P. MIRO, Warden; LIEUTENANT NEWTON;
MR. PATE, SMHU Manager,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-95-3763-4-22-BE)

Submitted:  August 28, 1997       Decided:  September 9, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Sergio Hagler, Jr., Appellant Pro Se.  William Llewellyn
Pope, POPE & RODGERS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hagler v. Miro</u>, No. CA-95-3763-4-22-BE (D.S.C. Sept. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>